MERLE O. BEERS, as Executor of CAROL JEAN BEERS, Deceased, Appellant, v COUNTY OF ERIE, Defendant, and DONALD COPLEY et al., Respondents. [646 NYS2d 461] —Motion to dismiss appeal denied. Memorandum: The time to take an appeal does not begin to run until the order is served on the appellant with notice of entry (see, CPLR 5513 [a]). That plaintiff might have received a copy of the order from the court does not alter defendants' obligation to enter the order and to serve it on plaintiff, with notice of entry. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

 In the Matter of SPECIALTY RESTAURANTS, INC., et al., Petitioners, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [647 NYS2d 134] —Motion to vacate dismissal denied. Memorandum: By order entered January 31, 1992 (179 AD2d 1036), this Court held this case and reserved decision pending the submission of findings in support of the amounts awarded. Those findings, dated November 18, 1994, must be submitted to this Court on or before July 30, 1996. Petitioners shall serve and file briefs, if any, on or before July 30, 1996. Respondents shall file and serve briefs, if any, on or before August 30, 1996. Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.

 JEANETTE JONES, Respondent, v ROWENA JACKSON, Incorrectly Sued Herein as WRONEA JACKSON, Appellant. [646 NYS2d 467] —Motion to vacate dismissal denied. Memorandum: In attempting to show merit to the appeal, defendant asserts that this case presents three issues of fact, thereby establishing that Supreme Court properly denied summary judgment and thus, there is no merit to the appeal. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

 In the Matter of ROBERT CRUZ, Appellant, v PHILIP COOMBE, JR., as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [646 NYS2d 466] —Motion for permission to proceed as a poor person and assignment of counsel denied. Memorandum: A CPLR article 78 proceeding is commenced upon the filing of the petition, not upon the mailing of the petition to the court clerk for filing (see, Enos v City of Rochester, 206 AD2d 159). Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.